MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA ROSS, | Case No. 23-cv-06551-TLT |
| Plaintiff, | **DEFENDANT WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | **[FRCP 7-1 AND LOCAL RULE 3-15]** |

Pursuant to Civil L.R. 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Wells Fargo Bank, N.A. states that it is a wholly owned subsidiary of Wells Fargo & Co., and that no other publicly held corporation owns 10% or more of Wells Fargo's stock. Wells Fargo & Co. is publicly traded on the New York Stock Exchange under the symbol WFC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no other

1 | conflict or interest (other than the named parties and as set forth above) to report.

2 | DATED:  February 2, 2024

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Rebecca S. Saelao*_____
    REBECCA S. SAELAO

Attorneys for Defendant WELLS FARGO BANK, N.A.